1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                          EASTERN DISTRICT OF CALIFORNIA

10

11  JACINTO TARON ROBINSON,                   Case No. 1:22-cv-01369-JLT-CDB (HC)

12                 Petitioner,
                                              ORDER EXTENDING PETITIONER'S
13          v.                                DEADLINE TO FILE OBJECTIONS TO
                                              FINDINGS AND RECOMMENDATIONS
14  WARDEN, FCI-MENDOTA,
                                              (ECF No. 6)
15                 Defendant.

16

17         On October 26, 2022, Petitioner filed a Petition for Writ of Habeas Corpus.  (ECF No. 1.)

18  On January 24, 2023, the undersigned issued Findings and Recommendations to dismiss the

19  petition for lack of jurisdiction and granted him 21 days to file objections thereto.  (ECF No. 5.)

20         On February 8, 2023, Petitioner filed a Motion for Extension of Time in which he requests

21  a 14-day extension of time to submit objections.  Petitioner represents that he could not access the

22  prison's law library for over a week, which hampered his ability to research and draft objections

23  to the Findings and Recommendations.  (ECF No. 6.)

24         For the reasons set forth in Petitioner's motion, the Court finds good cause to grant his

25  requested extension.

26  / / /

27  / / /

28

1         Accordingly, IT IS HEREBY ORDERED that Petitioner Jacinto Robinson shall file

2    objections if any to the Findings and Recommendations (ECF No. 5) on or before <u>February 28,</u>

3    <u>2023</u>.

4    IT IS SO ORDERED.

5        Dated:    **February 9, 2023**    _____

6                              UNITED STATES MAGISTRATE JUDGE